**CRIMINAL COMPLAINT**
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Alexis Sanchez Romero**<br>YOB: 1995; Citizen of Mexico | DOCKET NO. |
| | MAGISTRATE'S CASE NO.<br>23-04320MJ |

Complaint for violation of Title 8, United States Code Sections 1326(a) and 1325(a)(1)

COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:

Count 1: On or about April 15, 2023, at or near Lukeville, in the District of Arizona, **Alexis Sanchez Romero**, an alien, entered, and was found in the United States of America after having been denied admission, excluded, deported, and removed from the United States through Brownsville, Texas on March 20, 2023, and without obtaining the express consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Section 1326(a), a felony.

Count 2: On or about April 15, 2023, at or near Lukeville, in District of Arizona, **Alexis Sanchez Romero**, an alien, did unlawfully enter the United States of America from Mexico, at a time or place other than as designated by immigration officials of the United States of America, in violation of Title 8, United States Code, Section 1325(a)(1), a petty misdemeanor.

BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:

**Alexis Sanchez Romero** is a citizen of Mexico. On March 20, 2023, **Alexis Sanchez Romero** was lawfully denied admission, excluded, deported and removed from the United States through Brownsville, Texas. On April 15, 2023, agents found **Alexis Sanchez Romero** in the United States at or near Lukeville, Arizona without the proper immigration documents. **Alexis Sanchez Romero** did not obtain the express consent of the Attorney General or the Secretary of the Department of Homeland Security to re-apply for admission to the United States. Furthermore, **Alexis Sanchez Romero** admitted to illegally entering the United States of America from Mexico on or about April 15, 2023, at or near Lukeville, Arizona at a time or place other than as designated by immigration officials.

MATERIAL WITNESSES IN RELATION TO THE CHARGE:

| DETENTION REQUESTED<br><br>*Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.* | SIGNATURE OF COMPLAINANT (official title)<br><br>OFFICIAL TITLE<br>Andrew J. Carpenter<br>Border Patrol Agent |
|---|---|
| Sworn by telephone  x  | |
| SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>April 17, 2023 |

[1] See Federal rules of Criminal Procedure Rules 3, 4.1, and 54
Reviewing AUSA: Curran